IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-515-1D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| DAVID JOVAN MCDONALD | ) | |
| a/k/a "Minnie" | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 50 and its accompanying attachments in the above-referenced matter be sealed by the Clerk.

IT IS FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and counsel for the defendant.

SO ORDERED. This __10__ day of November, 2020.

JAMES C. DEVER III
United States District Judge