IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-515-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| DAVID JOVAN MCDONALD, | ) |
| Defendant. | ) |

On March 3, 2021, the court held a hearing concerning defendant's motion to suppress statements, motion to appoint expert witness, motion to suppress all evidence from September 19, 2020 controlled buy, and motion to dismiss count 2 [D.E. 45]. At the end of the hearing, the court announced its findings of fact and conclusions of law. As discussed in open court, the court DENIES defendant's motion to suppress statements, motion to appoint expert witness, motion to suppress all evidence from September 19, 2020 controlled buy, and motion to dismiss count 2 [D.E. 45].

SO ORDERED. This 3 day of March 2021.

JAMES C. DEVER III
United States District Judge