IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-00515-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID JOVAN MCDONALD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on the Government's Motion to Seal Exhibit A – Defendant's Immunizaton Record [D.E. 146] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 145]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit A – Defendant's Immunization Record [D.E. 146].

SO ORDERED this 28 day of September, 2022.

JAMES C. DEVER III
United States District Judge