IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-515-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID JOVAN MCDONALD, | ) | |
| | ) | |
| Defendant. | ) | |

On May 28, 2024, this court denied defendant's motions for a sentence reduction [D.E. 179]. On May 31, 2024, defendant filed a motion for appointment of new counsel [D.E. 181]. On June 17, 2024, defendant filed a notice of appeal [D.E. 182].

Defendant's appeal is pending. The United States Court of Appeals for the Fourth Circuit has jurisdiction. Defendant's motion [D.E. 181] is DISMISSED.

SO ORDERED. This 6 day of August, 2024.

JAMES C. DEVER III
United States District Judge