IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-515-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DAVID JOVAN MCDONALD, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motion for early termination of supervised release [D.E. 198] not later than October 22, 2026.

SO ORDERED. This 8 day of September, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge