IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-515-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DAVID JOVAN MCDONALD, | ) | |
| | ) | |
| Defendant. | ) | |

On September 4, 2026, David Jovan McDonald ("McDonald" or "defendant") moved for early termination of his supervised release [D.E. 198]. On October 22, 2026, the United States responded in opposition [D.E. 200].

The court has considered McDonald's request under the governing standard. See 18 U.S.C. § 3583(e). Having reviewed the record under the relevant 18 U.S.C. § 3553(a) factors, the court denies McDonald's motion. McDonald was convicted federally of a very serious drug offense. See [D.E. 92]. In light of defendant's serious criminal behavior, defendant's serious criminal history, and the need to protect the public, the court declines to terminate McDonald's supervision early.

In sum, the court DENIES defendant's motion for early termination of supervised release [D.E. 198].

SO ORDERED. This 27 day of October, 2026.

JAMES C. DEVER III
United States District Judge